UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OCTAVIUS DONNELL WILLIAMS, §<br>Plaintiff, §<br>§<br>v. §<br>§<br>UNITED STATES OF AMERICA, §<br>Defendant. § | Civil Case 3:21-CV-1113-B-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 15th day of March, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE